| | | | |
|---|---|---|---|
| 262P13 | State v. Saquan Treay Facyson | 1. State's Motion for Temporary Stay (COA12-1300)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR Under N.C.G.S. § 7A-31 (COA12-1300) | 1. Allowed **06/17/13**<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Denied |
| 271P13 | State v. Yasmar Decarlos Washington | 1. Def's NOA Based Upon a Constitutional Question (COA12-1294)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 (COA12-1294) | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied |
| 274P13 | Reo Property Corporation, Grady I. Ingles and Elizabeth B. Ellis, Solely in their capacities as substitute trustees under certain deed of trust recorded in book 1370 at page 1522 of the Davidson County Register of Deeds v. Rondal Ralph Smith, wife, Robyn M. Smith A/K/A Robin R. Smith; High Point Regional Health System F/K/A High Point Regional Hospital, Def's; and Alan C. Burton and wife, Julie Berrier Burton, Intervening Defendants | Intervening Defs' PDR Under N.C.G.S. § 7A-31 (COA12-860) | Denied |